# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### CENTRAL DIVISION
### LEXINGTON

**CRIMINAL ACTION NO.** 26-61-CHB-MAS

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**


**V.**                          **MOTION OF UNITED STATES**
                        **FOR AN ARRAIGNMENT**


**BRAILEN LEE WEAVER**                                              **DEFENDANT**

\*   \*   \*   \*   \*

The Grand Jury has returned an indictment in this case.  The Defendant, **BRAILEN LEE WEAVER**, is presently in federal custody as a result of a criminal complaint in Case No. 26-MJ-5088.  Accordingly, the United States moves for an arraignment.


                    Respectfully submitted,

                    JASON D. PARMAN
                    FIRST ASSISTANT  UNITED STATES ATTORNEY

                By:  */s/ Mary Lauren Melton*
                    Mary Lauren Melton
                    Ron L. Walker
                    Assistant United States Attorneys
                    260 W. Vine Street, Suite 300
                    Lexington, Kentucky 40507-1612
                    (859) 685-4802
                    Mary.Melton@usdoj.gov
                    Ron.Walker@usdoj.gov