**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL ACTION NO.** _26-61-CHB-MAS_

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**V.**                              **ORDER SETTING ARRAIGNMENT**

**BRAILEN LEE WEAVER**                                                   **DEFENDANT**

\*   \*   \*   \*   \*

The Court ORDERS that the Motion of the United States for an arraignment is

GRANTED, and this matter is SET FOR ARRAIGNMENT in the United States District

Court at _____, on _____, 2026, at _____.

On this _____ day of _____ 2026.

_____
UNITED STATES MAGISTRATE JUDGE

Copies:    United States Marshal
           United States Probation
           Mary Melton, Assistant United States Attorney
           Ron L. Walker, Assistant United States Attorney
           Patrick Nash, Counsel for Defendant
           Thomas Lyons, Counsel for Defendant