**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL ACTION NO. 5:26-CR-61-CHB-MAS**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V.** **<u>JOINT MOTION TO CONTINUE TRIAL</u>**

**BRAILEN LEE WEAVER** **DEFENDANT**

* * * * *

On March 21, 2026, a federal grand jury returned an indictment against Brailen Lee Weaver ("Weaver") for an attempted bank robbery and double homicide that occurred at U.S. Bank in Berea, Kentucky on April 30, 2026. [R. 10: Indictment.] The United States filed a notice of case complexity on the same day. [R. 14: Notice.]

The grand jury returned an indictment with three capital-eligible offenses. Prior to the United States' decision on whether to seek the death penalty, Department of Justice policy allows the defendant the opportunity to compile mitigation information to present to the United States Attorney's Office ("USAO") and others within the Department of Justice. *See* Justice Manual, § 9-10.080. Following the mitigation investigation, the defendant will then present the information to the USAO to inform the USAO's recommendation to the Department of Justice ("Main Justice"). The defendant will also have the opportunity to present the information to Main Justice prior to the Attorney General's decision on whether to seek the death penalty. If the Attorney General believes

that the death penalty is appropriate, the United States will file a notice of intent to seek the death penalty.

The parties recommend that the Court continue the trial and all pretrial deadlines generally pending the Attorney General's decision on whether to seek the death penalty. In the interim, the parties are amenable to status hearings to inform the Court of the defendant's progress in compiling and presenting mitigation evidence and the United States' progress towards making a death-penalty decision. As the Attorney General's decision approaches (perhaps after the presentations to the USAO), the parties will confer about pre-trial deadlines as well as a trial date and then submit a proposed scheduling order to the Court.

As noted in the United States' notice regarding case complexity, this case involves a large amount of discovery, many search warrants, and at least thirty witnesses. Based on the complexity of the case, the parties believe that engaging in pretrial litigation while analyzing death penalty considerations presents an undue burden to all parties, particularly defense counsel.

Respectfully submitted,

JASON D. PARMAN
FIRST ASSISTANT
UNITED STATES ATTORNEY

By: /s/*Mary Lauren Melton*
Mary Melton
Ron L. Walker
Assistant United States Attorneys

260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4802
Mary.Melton@usdoj.gov
Ron.Walker@usdoj.gov

COUNSEL FOR BRAILEN LEE WEAVER

By: */s/ Patrick F. Nash*
Patrick F. Nash
NASH · MARSHALL, PLLC
129 West Short Street
Lexington, Kentucky 40507
(859) 254-3232
pfnash@nashmarshall.com

By: */s/ Thomas C. Lyons*
Thomas C. Lyons Law Offices
201 W. Short Street Suite 820
Lexington, KY 40507
(859) 231-0055
thomaslyons@hotmail.com

**CERTIFICATE OF SERVICE**

On May 26, 2026, I electronically filed this response through the ECF system, which will send notice of docket activity to defense counsel of record.

s/ *Mary Lauren Melton*
Assistant United States Attorney