**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL ACTION NO. 5:26-CR-61-CHB-MAS**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V.** **JOINT MOTION TO CONTINUE TRIAL**

**BRAILEN LEE WEAVER** **DEFENDANT**

* * * * *

Citing the complexity of the case as well as the Defendant's need to compile information relevant to the Attorney General's decision on whether to seek the death penalty, the parties jointly move to continue the trial and pretrial deadlines in this matter. Specifically, the parties request that the Court continue the trial and pretrial deadlines generally while holding intermittent status conferences to discuss (1) the Defendant's progress in compiling and presenting mitigation evidence and, (2) the United States' progress towards making a death-penalty decision. After sufficient progress is made on the death-penalty front, the parties plan to confer on a proposed trial date and proposed pretrial deadlines to present for the Court's consideration, either via written filing or at a future status conference.

Recognizing the complexity of this case pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) and the Defendant's need to compile mitigation information in advance of the Attorney General's decision on whether to seek the death penalty, the Court GRANTS the parties'

joint motion; ORDERS that the trial and pretrial deadlines in this matter are continued generally pending further order of the Court; and ORDERS that the parties appear for status conferences on the dates listed below:

The United States and BRAILEN LEE WEAVER shall appear for a status conference at the United States District Court at ___________, on _____________, 2026, at the following time: ___________.

Following the above hearings, the Court will enter an order scheduling the next status conference(s) and/or deadlines for written status reports.