**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL ACTION NO. 5:26-CR-61-CHB-MAS**

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**

**V.      JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER**

**BRAILEN LEE WEAVER**                                                       **DEFENDANT**

\* \* \* \* \* \* \*

The United States and counsel for the Defendant move the Court to enter the attached Agreed Protective Order, which will govern the handling of certain sensitive information that has been, or will be, provided to defense counsel by the United States as pretrial discovery.

Respectfully submitted,

JASON D. PARMAN
FIRST ASSISTANT
UNITED STATES ATTORNEY

By:    /s/ *Mary Melton*
Mary Melton
Ron L. Walker
Assistant United States Attorneys
260 West Vine Street, Ste. 300
Lexington, KY 40507
(859) 685-4802
Mary.Melton@usdoj.gov
Ron.Walker@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2026, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send an electronic notice to counsel of record.

s/Mary Lauren Melton
Assistant United States Attorney