UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL CASE NO: 5:26-CR-00061-CHB-MAS

UNITED STATES OF AMERICA                                              PLAINTIFF

v.

BRAILEN LEE WEAVER                                                    DEFENDANT

MOTION TO RESCHEDULE STATUS CONFERENCE

Comes the defendant Brailen Weaver, by counsel, and respectfully requests that the status conference currently set for July 22, 2026 (DE # 27) be rescheduled.  In support of this motion, the undersigned states that he is scheduled to be out of state beginning July 20, 2026 returning late in the evening of July 22, 2026 for a hearing and associated meetings in a CJA matter.  The out of state hearing and meetings have been scheduled since early June, involve multiple other attorneys, and would be extremely difficult to reschedule.  The undersigned thus begs this Court's indulgence to reschedule the July 22 status conference.

All defense counsel can be available anytime on July 27, 28, 29 or 30 and respectfully request that the status conference be reset to one of those dates.

Respectfully submitted,


/s/ PATRICK F. NASH
NASH · MARSHALL, PLLC
129 West Short Street
Lexington, Kentucky 40507
Telephone: (859) 254-3232
Fax: (859) 225-4746
E-mail: pfnash@nashmarshall.com

AND

/s/ THOMAS LYONS
201 W. Short St
Suite 820
Lexington, Ky 40507
Telephone: 859-231-0055
Email: thomaslyons@hotmail.com
ATTORNEYS FOR DEFENDANT
BRAILEN LEE WEAVER


CERTIFICATE OF SERVICE


I hereby certify that on July 8, 2026, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all parties in this matter or service was completed by first class mail to any non-CM/ECF participants.


/s/ PATRICK F. NASH

2