UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL CASE NO: 5:26-CR-00061-CHB-MAS

UNITED STATES OF AMERICA                                    PLAINTIFF

v.

BRAILEN LEE WEAVER                                          DEFENDANT

ORDER

This matter is before the Court on the defendant Brailen Weaver's Motion to Reschedule

Status Conference. The Court has considered the record and being otherwise sufficiently advised,

IT IS THEREFORE ORDERED AND ADJUDGED that defendant Weaver's motion is

GRANTED and the status conference, currently scheduled for July 22, 2026 is rescheduled to: .

_____.

ENTERED: _____

_____
UNITED STATES DISTRICT JUDGE