UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION - LEXINGTON
CRIMINAL MINUTES-GENERAL

Case No: 5:26-CR-061-CHB-MAS          At: LEXINGTON          Date: August 5, 2026

PRESENT: HON. CLARIA HORN BOOM, U.S. DISTRICT JUDGE

| Kendra Williams | ECR | Mary Lauren Melton |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U. S. Attorney |

I, Kendra Williams, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file KYED-LEX__5-26-cr-61-CHB-MAS_20260805_093649.

DEFENDANT:                                                    ATTORNEY FOR DEFENDANT:

Brailen Weaver (Custody)                                      Patrick Nash (CJA)
                                                             Thomas C. Lyons (CJA)

PROCEEDINGS:  STATUS CONFERENCE

This matter was called for a status conference with counsel participating as noted.

The Court heard from counsel regarding the status and progression of the case. After hearing the parties representations, the Court advised that absent any intervening matters requiring attention, a follow up status conference will be set in three months.

Copies To:
COR, USP, USM

Clerks Initials: kw

TIC: 0/09