UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 5:26-CR-061-CHB-MAS-1 |
| | ) | |
| v. | ) | |
| | ) | |
| BRAILEN LEE WEAVER, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*    \*\*\*    \*\*\*    \*\*\*

This matter is before the Court on the Court's own motion. On August 5, 2026, the Court held a status conference and heard from counsel regarding the status and progression of the case and advised that a follow up status conference would be scheduled in three months. *See* [R. 30]. Accordingly, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1.    The matter is **SCHEDULED** for an in-person **Status Conference** on **Wednesday, November 4, 2026, at the hour of 11:00 a.m.,** before the Honorable Claria Horn Boom, United States District Court Judge, at the U.S. Courthouse in **Lexington,** Kentucky.

This the 7th day of August, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

- 1 -