Outlook

**Brailen Weaver**

**From** Melton, Mary (USAKYE) <Mary.Melton@usdoj.gov>
**Date** Mon 10/19/2026 4:37 PM
**To** Pat Nash <pfnash@nashmarshall.com>; Thomas Lyons <thomaslyons@hotmail.com>
**Cc** Bradbury, Todd (USAKYE) <Gary.T.Bradbury@usdoj.gov>; Walker, Ron (USAKYE) <Ron.Walker@usdoj.gov>

Good afternoon,

The USAO no longer plans to disapprove Mr. Weaver's presence via VTC at his arraignment in Madison Circuit Court on November 12, 2026.

Thank you,

Mary Lauren Melton
Assistant United States Attorney
Eastern District of Kentucky
260 W. Vine Street # 300
Lexington, KY 40507-1612
Mary.Melton@usdoj.gov
(859) 685-4802

**Limited Official Use**

**The information contained in this email message is legally privileged information intended only for the use of the individual or entity named above. If the receiver of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this email is strictly prohibited. If you have received this email in error, please immediately call me at (859) 685-4802 and delete the original email from your computer. Thank you.**