**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL NO. 5:26-CR-00061-CHB-MAS** ***ELECTRONICALLY FILED***

**UNITED STATES OF AMERICA** **PLAINTIFF**

**VS.** **ORDER**

**BRAILEN LEE WEAVER** **DEFENDANT**

** ** ** ** ** ** ** ** **

This matter is before the Court on Defendant's Motion for Order Prohibiting Defendant's Appearance in State Court Proceedings. [DE ____]. Having reviewed the record and being sufficiently advised;

It is hereby **ORDERED** as follows:

1. The Defendant's Motion for Order Prohibiting Defendant's Appearance in State Court Proceedings [DE ___] is **SUSTAINED**; and

2. The United States Marshal's Service is **DIRECTED** to not permit the Defendant, Brailen Weaver, from making an appearance in the state court proceedings in person or by video conference, without further authorization from this Court.

______________________________
UNITED STATES DISTRICT JUDGE