UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRAILEN WEAVER,<br><br>Defendant. | Criminal Action No. 5:26-cr-00061-CHB-MAS-1<br><br>**ORDER FOR EXPEDITED RESPONSE** |

*** *** *** ***

This matter is before the Court on Defendant Brailen Weaver's Motion for Order Prohibiting Defendant's Appearance in State Court Proceedings. [R. 34]. The Motion represents that Defendant's state-court arraignment is set for November 12, 2026. *Id.* at 2. Accordingly, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1. The response deadline to Defendant Weaver's Motion for Order Prohibiting Defendant's Appearance in State Court Proceedings, **[R. 34]**, **SHALL BE EXPEDITED**. The response of the United States shall be filed **no later than 12:00 PM on Friday, November 6, 2026.**

This the 4th day of November, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY