UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – GENERAL

Case No. 5:26-cr-00061-CHB-MAS-1 At Lexington Date November 4, 2026

USA v. Brailen Weaver x Custody ___ Bond ___ Released Age: _____

PRESENT: HON. CLARIA HORN BOOM, U.S. DISTRICT JUDGE

| Dulce Cornelius | Elaine Haberer | Mary Lauren Melton / Ron L. Walker Jr. |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

**Defendant:** Brailen Weaver **Attorney for Defendant:** Patrick F. Nash; Thomas C. Lyons; Nicholas Nash

PROCEEDING: **STATUS CONFERENCE**

The Court convened a Status Conference with counsel and the defendant, primarily to obtain an update on the capital review process, associated mitigation efforts, and the timing of the capital review decision. Counsel for both parties summarized the case status for the Court.

The Court then discussed Defendant's pending Motion for Order Prohibiting Defendant's Appearance in State Court Proceedings, [R. 34]. After hearing from both parties, and being sufficiently advised, the Court hereby

**ORDERS** as follows:

1) The United States **SHALL** file a Response to Defendant's Motion, **[R. 34]**, **no later than 12:00 p.m. on Friday, November 6, 2026**. Defendant's Reply, if any, **SHALL** be filed **no later than 12:00 p.m. on Monday, November 9, 2026.**

2) An in-person **Status Conference** is scheduled for **Tuesday, November 10, 2026**, at **10:15 a.m**., in **Lexington**, before Judge Claria Horn Boom.

Copies: COR, USM, USPO Initials of Deputy Clerk: dc TIC: / 33 min