UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 5:26-cr-00061-CHB-MAS-1 |
| | ) | |
| v. | ) | |
| | ) | |
| BRAILEN WEAVER, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

This matter is before the Court on Defendant Brailen Weaver's Motion for Order Prohibiting Defendant's Appearance in State Court Proceedings. [R. 34]. The Court held a Status Conference this morning, November 4, 2026, and the parties discussed their positions on Defendant's Motion. As set forth by the Court at the Status Conference, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1. The United States **SHALL** file a Response to Defendant's Motion for Order Prohibiting Defendant's Appearance in State Court Proceedings, **[R. 34]**, **no later than 12:00 PM on Friday, November 6, 2026**. The Response **SHALL**:
    a. Address whether the Court possesses the authority to grant the relief requested in Defendant's Motion and identify the specific legal basis of any such authority, *cf. Ponzi v. Fessenden*, 258 U.S. 254 (1922); *United States v. Pashuta*, No. 14-CR-38, 2014 WL 2770048 (W.D. Pa. June 18, 2014);
    b. Indicate whether a Kentucky state court has issued a writ of habeas corpus ad prosequendum or any other order requiring Defendant to appear before that court;

c. Identify any procedures that must be followed by the United States Attorney's Office, the United States Marshals Service, the Commonwealth of Kentucky, and/or any other government official or entity to lawfully effectuate Defendant's appearance in state-court proceedings; and

d. State whether the United States consents or objects (or will consent or object) to any request by the Commonwealth of Kentucky to effectuate Defendant's appearance in state-court proceedings and, if the United States consents (or will consent), provide compelling reasons for the United States's departure from the principles embodied in the *Petite* policy and the historic practices of the United States with respect to parallel state criminal proceedings.

2. Defendant **MAY** file a Reply **no later than 12:00 PM on Monday, November 9, 2026**.

3. An in-person **Status Conference** is **SET** for **Tuesday, November 10, 2026, at 10:15 AM**, before the Honorable Claria Horn Boom, United States District Judge, **at the United States Courthouse in Lexington, Kentucky**. A person authorized to represent the United States with respect to the topics addressed in the United States's Response **SHALL** appear at the hearing and be prepared to address those topics before the Court; if the United States consents (or will consent) to Defendant's appearance in state-court proceedings, that person shall be prepared to, as an officer of the Court, articulate the specific grounds on which the United States has determined that it is in the best interests of justice to depart from the principles embodied in the *Petite* policy and the historic practices of the United States with respect to parallel state criminal proceedings.

This the 4th day of November, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY