**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL ACTION NO. 5:26-CR-61-CHB-MAS**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V.**

# NOTICE BY THE UNITED STATES REGARDING THE DEFENDANT'S APPEARANCE IN STATE COURT

**BRAILEN LEE WEAVER** **DEFENDANT**

* * * * * * * * * * * *

The United States hereby provides notice that it will disapprove the Commonwealth of Kentucky's request for Brailen Lee Weaver ("Weaver") to appear for an arraignment in Madison Circuit Court on November 12, 2026; and that the undersigned will communicate as much to the United States Marshals Service.

The United States requests that the Court abate the briefing deadlines as well as the hearing ordered on November 4, 2026. [R. 36: Minute Entry; R. 37: Order.]

Respectfully Submitted,

JASON D. PARMAN
UNITED STATES ATTORNEY

By: *s/Mary Melton*
Mary Melton
Ron L. Walker
Assistant United States Attorneys
260 West Vine Street, Suite 300
Lexington, KY 40507
(859) 685-4802

Mary.Melton@usdoj.gov
Ron.Walker@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2026, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send an electronic notice to counsel of record.

s/Mary Lauren Melton
Assistant United States Attorney