UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 5:26-cr-00061-CHB-MAS-1 |
| | ) | |
| v. | ) | |
| | ) | |
| BRAILEN WEAVER, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

This matter is before the Court on Defendant Brailen Weaver's Motion for Order Prohibiting Defendant's Appearance in State Court Proceedings. [R. 34]. The United States has filed a Notice indicating that it will disapprove the Commonwealth of Kentucky's request for Defendant Weaver to appear for an arraignment in Kentucky state court on November 12, 2026. [R. 38]. Accordingly, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1. Defendant Weaver's Motion for Order Prohibiting Defendant's Appearance in State Court Proceedings, **[R. 34]**, is **DENIED as moot and without prejudice**. Defendant may, as necessary, later file a motion requesting the same or similar relief.
2. The expedited briefing schedule set by prior orders of the Court, **[R. 35]**; **[R. 37]**, is **REMANDED** from the Court's docket.
3. The Status Conference set for Tuesday, November 10, 2026, is **REMANDED** from the Court's calendar.

This the 6th day of November, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY